IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PHILIP GEORGE-BOTROS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 3:16-cv-01264 |
| | § | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

Defendant Sun Life Assurance Company of Canada ("Sun Life") files this notice of removal and states:

1.  **The Lawsuit.**  Plaintiff Philip George-Botros ("Plaintiff") filed his Original Petition on April 13, 2016, in the 162nd Judicial District Court of Dallas County, Texas, being numbered DC-16-04299 on the docket of said court.

2.  **Diversity Jurisdiction.**  Plaintiff was a citizen of Texas at the time this action was filed and remains a citizen of Texas as of the date of this removal.  Sun Life is a Canadian corporation with its principal place of business in Toronto, Ontario.  Sun Life's principal place of business in the United States is in Wellesley Hills, Massachusetts.  The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, because Plaintiff seeks monetary relief that "may total over $100,000 but not more than $500,000." (Petition at p. 30)  Thus, complete diversity of citizenship exists between Plaintiff and Sun Life, and the amount in controversy is

_____

satisfied. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this action may be removed by Sun Life pursuant to 28 U.S.C. § 1441. Venue is proper in this Court under 28 U.S.C. § 1391, as this action was pending in a state court within this district and division.

     3.    **<u>State Court Documents Attached.</u>** Sun Life was served through its registered agent on April 19, 2016. As such, this removal is timely under 28 U.S.C. § 1446(b). Pursuant to Local Rule 81, attached hereto as Exhibit "A" is an Index of State Court Matters, which contains true and correct copies of all process, pleadings, or orders received or filed in this action as of the filing of this removal. Also attached hereto as Exhibit "B" is a Certificate of Interested Parties.

     4.    **<u>Relief Requested.</u>** Sun Life respectfully requests that the United States District Court for the Northern District of Texas, Dallas Division, accept this notice of removal and that it assume jurisdiction of this cause and issue all such further orders and processes as may be necessary to bring before it all parties necessary for the final trial hereof.

        Respectfully submitted,

By:  /s/ *Bill D. Davidoff*
      Bill E. Davidoff
      State Bar No. 00790565
      bill.davidoff@figdav.com
      Attorney-in-Charge

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
TEL: 214.939.2000
FAX: 214.939.2090

ATTORNEY FOR DEFENDANT
SUN LIFE ASSURANCE COMPANY OF CANADA

## CERTIFICATE OF SERVICE

    I hereby certify that on May 9, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

        /s/ *Bill E. Davidoff*
        Bill E. Davidoff