IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PHILIP GEORGE-BOTROS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 3:16-cv-01264-C |
| | § | |
| SUN LIFE ASSURANCE COMPANY | § | |
| OF CANADA, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Philip George-Botros ("Plaintiff") and Defendant Sun Life Assurance Company of Canada ("Defendant"), by and through their counsel, announce to the Court that the matters in controversy herein have been settled.  In accordance with the release, the parties stipulate as follows:

1.      That all claims, demands, debts, or causes of action asserted herein by and between Plaintiff, on the one hand, and Defendant, on the other hand, be DISMISSED WITH PREJUDICE;

2.      That all costs be taxed against the party incurring them.

**STIPULATED TO AND APPROVED BY:**

By: */s/ James L. Johnson*
     James L. Johnson
     State Bar No. 10742020
     james@jamesljohnsondallasattorney.com

THE JOHNSON LAW FIRM
10935 Estate Lane, Suite 268
Dallas, TX 75238
Tel:  214.363.1629
Fax:  214.363.9173

ATTORNEYS FOR PLAINTIFF
PHILIP GEORGE-BOTROS

By: */s/ Bill E. Davidoff*
     Bill E. Davidoff
     State Bar No. 00790565
     bill.davidoff@figdav.com
     Attorney-in-Charge

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
TEL:  214.939.2000
FAX:  214.939.2090

ATTORNEYS FOR DEFENDANT SUN LIFE
ASSURANCE COMPANY OF CANADA

## CERTIFICATE OF SERVICE

     I hereby certify that on April 19, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

                    */s/  Bill E. Davidoff*
                     Bill E. Davidoff